# Third District Court of Appeal

**State of Florida**


Opinion filed November 16, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2128
Lower Tribunal No. 08-44050A
_____


**Enel Charles,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Enel Charles, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before SALTER, EMAS and FERNANDEZ, JJ.

PER CURIAM.

Enel Charles appeals the summary denial of claim Two of his postconviction motion under Florida Rule of Criminal Procedure 3.850.[1] On August 1, 2016, the trial court denied claim Two based on a determination that Charles failed to amend claim Two by July 25, 2016 (as he had been directed in an order entered two months earlier).

In an order entered on July 12, 2016, however, Charles' motion for a further sixty days within which to amend claim Two was granted. That order allowed Charles until September 12, 2016, to file and serve the amended claim. Charles also moved for a further extension of time, granted in a trial court order of August 18, 2016, which allowed him until October 17, 2016, within which to file and serve his amended claim Two.

We thus reverse and remand the prematurely-entered summary denial order, with directions that the trial court enter an order granting Charles a further sixty days to amend claim Two to state a facially sufficient claim, and for further proceedings as may be appropriate.

---

[1] Charles' other claims in the motion were denied in a separate order. His appeal from that order was affirmed as to all claims except claim Two, and reversed and remanded to permit amendment as to claim Two. Charles v. State, 193 So. 3d 46 (Fla. 3d DCA 2016).